

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

RAYMOND JOE TAYLOR, §

          Appellant, §

v. §

THE STATE OF TEXAS, §

          Appellee. §

           §

No. 08-12-00143-CR

Appeal from the

355th Judicial District Court

Hood County, Texas

Cause No. CR11748

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF FEBRUARY, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.